# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SIEGEL,<br><br>                       Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>                       Respondent. | Case No.: 18cv2493 WQH (BGS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than January 4, 2019,** a copy of this Order with the $5.00 fee or with adequate proof of his

///
///
///
///
///

1

1  inability to pay the fee.  The Clerk of Court shall send a blank Southern District of
2  California In Forma Pauperis Application to Petitioner along with a copy of this Order.
3  **IT IS SO ORDERED.**
4  Dated:  November 14, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court