UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOSHUA SIEGEL,

Petitioner,

v.

ROBERT NEUSCHMID;
XAVIER BECERRA, The Attorney General of the State of California,

Respondents.

Case No.: 18-cv-2493-WQH-BGS

**ORDER**

HAYES, Judge:

The matters before the Court are the Motion to Dismiss the Petition for Writ of Habeas Corpus as Untimely filed by Respondent Robert Neuschmid (ECF No. 6) and the Report and Recommendation issued by the Magistrate Judge (ECF No. 9) recommending that the Court grant Respondent's Motion to Dismiss.

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). The district court need not review de novo those portions of a report and recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000

n. 13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

No party has filed an objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 9) is adopted in its entirety. Respondent's Motion to Dismiss (ECF No. 6) is granted. The Petition for Writ of Habeas Corpus is dismissed.

DATED: 3/5/20

WILLIAM Q. HAYES
United States District Judge